# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LUBA CASUALTY INSURANCE
COMPANY

NO.  2026 CW 0041

VERSUS

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.

**FEBRUARY 23, 2026**

---

In Re:    Washington-ST. Tammany Electric Co-Op, Inc. and Federated Rural Electric Insurance Exchange, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20202307.

---

**BEFORE:    LANIER, WOLFE, AND, HESTER, JJ.**

**WRIT NOT CONSIDERED.** The writ application failed to consecutively number all pages of the writ application; failed to include a copy of the reply memorandum filed by the plaintiffs; failed to include a copy of all orders setting the motion for partial summary judgment for hearing; and failed to include the notice of judgment for the November 7, 2025 judgment in violation of the Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(B),(C)(6) and (C)(8).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show this writ application was timely filed, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before March 9, 2026, and must contain a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT